IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SMITH,

        Plaintiff,                        No. CIV S-09-1294 GGH P

    vs.

SACRAMENTO DIRECTOR OF
PAROLE REGION, et al.,

        Defendants.               ORDER

_____/

        On May 28, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket no. 4). By an order filed June 1, 2009, plaintiff was ordered to file a certified copy of his prison account statement for the six month period immediately preceding the filing of the complaint within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filing a certified copy. Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

DATED:August 3, 2009                      /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

smit1294.fifp

1